UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALPS SOUTH, LLC,
    Plaintiff,

vs.                                            CASE NO. 8:09-CIV-386-T-17-MAP

THE OHIO WILLOW WOOD COMPANY,
    Defendant.
_____/

**ORDER**

This cause is before the Court on the unopposed motions to file all parts of the upcoming motions for summary judgment under seal, filed by both parties (Docs. 94 and 95). The Court does not find the motions well-taken. This Court will not allow the entirety of a motion for summary judgment to be filed under sealed. The amount of sealed material must be limited to the least amount possible and the Court will not place a time limit on anything it allows to be sealed. Accordingly, it is

**ORDERED** that the unopposed motions to file all parts of the upcoming motions for summary judgment under seal (Docs. 94 and 95) and the parties must seek prior approval to seal anything related to the motions for summary judgment.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 3rd day of February, 2011.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record