## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ALPS SOUTH, LLC.,
      Plaintiff,

vs.                                             CASE NO. 8:09-CIV-386-T-17-MAP

THE OHIO WILLOW WOOD COMPANY,
      Defendant.
_____/

### ORDER

      This cause is before the Court on the Plaintiff's motion to lift stay (Doc. 119) and the response and request for scheduling conference (Doc. 120).  Also pending in this case are motions for summary judgment filed by the parties which may or may not still need to be addressed.  Accordingly, it is

      **ORDERED** that the Plaintiff's motion to lift stay (Doc. 119) be **granted** and the pending motions for summary judgment be **denied without prejudice to reassert if appropriate**, and the request for scheduling conference (Doc. 120) is **denied** as to an appearance before the undersigned.  The parties may request the magistrate judge to hold a scheduling conference if they believe it is appropriate.

      **DONE and ORDERED** in Chambers, in Tampa, Florida, this 16th day of  August, 2011.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record