UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALPS SOUTH, LLC, a Florida
limited liability company,

       Plaintiff,

v.                                         CASE NO.: 8:09-cv-00386-T-17MAP

THE OHIO WILLOW WOOD COMPANY,
an Ohio corporation,

       Defendant.
_____/

**<u>ORDER</u>**

This cause came before the Court during today's motions in limine hearing regarding docs. 144, 145, 146, 147, and 148. For the reasons stated at today's hearing, it is

ORDERED:

1. Plaintiff's Motion in Limine Regarding Excluding All Evidence Relating to Art that Did Not Exist Prior to the Priority Date of U.S. Patent No. 7,344,568 (doc. 144) is denied without prejudice.

2. Plaintiff's Motion in Limine Regarding Excluding Dr. Lee and Dr. Walker's Testimony and Other Testimony Related to Processes in the Claims of the '568 Patent (doc. 145) is denied.

3. Defendant's Motion in Limine Regarding Precluding Alps from Seeking Damages for Activity Protected by 35 U.S.C. 307 and 252 (doc. 146) has been withdrawn. Defendant may renew its motion at a more appropriate time.

4. Defendant's Motion in Limine Regarding Excluding Evidence of Willful Infringement (doc. 147) is denied.

5. Defendant's Motion in Limine Regarding Excluding Argument or Evidence that Alps is Entitled to Damages from OWW for OWW Sales Made Prior to March 3, 2009 (doc. 148) is denied.

DONE and ORDERED at Tampa, Florida on this August 2, 2012.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: counsel of record