**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ALPS SOUTH, LLC,

    Plaintiff,

vs.                                                               CASE NO. 8:09-CIV-386-T-17-MAP

THE OHIO WILLOW WOOD COMPANY,

    Defendant.

_____/

ORDER ADMINISTRATIVELY CLOSING CASE

      This cause is before the Court on the defendant's motion for leave to file dispositive motions and motion to stay (Doc. 194) and the response thereto (197). After due consideration, the Court has determined that the motion to stay this case pending the resolution of motions in a related case. The Court further finds that motions will be helpful to this case. Accordingly, it is

      **ORDERED** that defendant's motion for leave to file dispositive motions and motion to stay (Doc. 194) be **granted** in that this case is stay for ninety days or until the motions in the related case are resolved, whichever occurs first. The Clerk of Court shall administratively close this case during this stay. Further, the parties shall have ten days after this case is reopened and the stay is lifted to file any further dispositive motions they intend to file.

CASE NO. 8:09-CIV-386-T-17-MAP

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 5th day of September, 2012.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record